1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | |
|---|---|
| THOMAS E. MOORE, JR., | Case No. CV 06-2627 ODW(JC) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JAMES A. YATES, | |
| Respondent. | |

_____

17
18
19
20
21
22
23
24
25
26
27
28

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First
Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the
"Petition") and all of the records herein, including the attached Report and
Recommendation of United States Magistrate Judge ("Report and
Recommendation"), and petitioner's objections to the Report and Recommendation
("Objections").  The Court has further made a *de novo* determination of those
portions of the Report and Recommendation to which objection is made.  The
Court concurs with and adopts the findings, conclusions, and recommendations of
the United States Magistrate Judge and overrules the Objections.

///

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: November 10, 2010

_____

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2