UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS E. MOORE, JR., | ) | Case No. CV 06-2627 ODW(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 10, 2010

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE